MANOCRAFT CLOTHES, INC., Appellant, *v.* FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.

Argued November 20, 1953; decided January 15, 1954.

*Jacob W. Friedman* for appellant.
*Sidney J. Loeb* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.